```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LINDA SLADE, individually and as the
representative of a class of similarly
situated persons ,

                              Plaintiff,                        22-CV-3563 (PGG) (KHP)

         -against-                             **ORDER ADJOURNING INITIAL**
                                                        **CASE MANAGEMENT**
DOWN ETC, LLC.,                                **CONFERENCE**

                              Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Settlement filed on August 8, 2022 (doc. no 7) the Initial Case Management Conference currently scheduled for **August 11, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
                August 8, 2022

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge